## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:21-CV-00308-MOC-DSC

| | | |
|---|---|---|
| **DANNY MCCORMICK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ALLIANCE OF PROFESSIONALS &** | ) | |
| **CONSULTANTS INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Richard Schreiber, Michael Josephson and Rochelle Prins]" (documents ##3-5) filed July 2, 2021.  For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: July 5, 2021

David S. Cayer
United States Magistrate Judge